# HEARING MINUTES

Cause No:        4:20-cv-01048
Style:           Raza v. Williams et al
Hearing Type:    Motion Hearing

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Sean Palavan | Plaintiff, Kaneez Raza |
| Andrew Pratka | Defendants, Billy Williams, Melissa Parker, LLC, Averitt Transport, LLC |

Date: October 6, 2020                Court Reporter: Metzger
Time: 10:52–10:57 A.M.               Law Clerk: E. Seaman

At the hearing, the following rulings were made as stated on the record:

1. Motion hearing was held regarding Plaintiff's Motion to Determine Applicability of Tex. Civ. Prac. & Rem. Code § 18.001. Dkt. 13.

2. Plaintiff's Motion is **DENIED.**